IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | **8:13CR221** |
| vs. | | |
| CLAY DICKINSON, | | **ORDER** |
| Defendant. | | |

This matter is before the Court on the defendant's Motion for Copies (Filing No. 52), including the Docket Sheet, Judgment and Commitment, and Plea Agreement in this case. The defendant requests a waiver of fees associated with the costs of the copies. The Court sentenced the defendant on the Indictment in this case on December 20, 2013 (Filing Nos. 45 and 49). The deadline for filing an appeal in this case has passed. At this time, the defendant has no motions or cases pending before this court, and the defendant makes no showing as to why he needs these copies. Accordingly, the Court will deny the motion. The defendant is, of course, free to request copies of these filings and to pay the costs of the same.

**IT IS ORDERED:**

1.      That the defendant's Motion for Copies and to waive such costs [52] is denied.

2.      The defendant may contact the Office of the Clerk of the United States District Court concerning the cost for copies of his Docket Sheet, Judgment and Commitment and Plea Agreement.


Dated this 27th day of April, 2015.


BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge